CUYAHOGA COUNTY RECORDER
200308281081 PAGE 1 of 3

CUYAHOGA COUNTY RECORDER
PATRICK J. OMALLEY
DEQC 08/28/2003 02:36:20 PM
200308281081

## Quit-Claim Deed

KNOW ALL MEN BY THESE PRESENTS, That Elizabeth D. Brown, Unmarried of Cuyahoga County, Ohio for valuable consideration paid, **Give, Grant, Remise, Release and Forever Quit-Claim** to Dominic Dearing, Unmarried, whose tax mailing address is 2120 Cottingham Drive Lyndhurst, Ohio 44124, the following described Real Property:

Situated in the City of Lyndhurst, County of Cuyahoga, and State of Ohio, and known as being Unit No. 2120 in Residential Building B-12, together with an undivided interest in and to all common areas and facilities appurtenant to said Unit in the Georgetown of Lyndhurst Condominium as shown by the drawings recorded in Volume 41 of Condominium Maps, Pages 14 to 39, inclusive, of Cuyahoga County Records and as further described by the Declaration of Condominium Ownership and By-Laws for said condominium recorded in Deed Volume 152830 Page 119, et seq. of Cuyahoga County Records, as amended in Volume 15291, Page 327 of Cuyahoga County Records, be the same more or less, but subject to all legal highways.

Situated in the City of Lyndhurst, County of Cuyahoga and State of Ohio and known as being Unit No. 9-D in Garage Building G-9, together with an undivided interest in and to all common areas and facilities appurtenant to said Unit in the Georgetown of Lyndhurst Condominium as shown by the drawings recorded in Volume 41 of Condominium Maps, Pages 14 to 39, inclusive, of Cuyahoga County Records and as further described by the Declaration of Condominium Ownership and By-Laws for said condominium recorded in Deed Volume 152830 Page 119, et seq. of Cuyahoga County Records, as amended in Volume 15291, Page 327 of Cuyahoga County Records, be the same more or less, but subject to all legal highways.

Permanent Parcel No. 714-25-941C
Address: 2120 Cottingham Drive Lyndhurst, Ohio 44124

Prior Instrument Reference: Instrument Number 200206240997 of the Deed Records of Cuyahoga County, Ohio.

Subject to restrictions of record, reservations, easements, rights of way and conditions of record, zoning ordinances, if any, and taxes and assessments, both general and special, for the current half of the taxable year and thereafter.

Executed by me this 27th day of August, 2003.

ROBERT KLAIBER P.E., P.S.
Legal Description complies with Cuyahoga County Conveyance Standards and is approved for transfer.

AUG 28 2003

Elizabeth D. Brown         Agent

PARCEL NO. 714-25-941C
CONVEYANCE IS IN COMPLIANCE WITH SEC. 319.202 O.R.C.
PAID

AUG 2 8 2003

Conveyance Fee _____ Receipt No. 27453
TYPE _____ ARMS LENGTH YES ( ) NO. (X)
Frank Russo, Cuyahoga County Auditor By _____ Deputy

Frank Russo
CUYAHOGA COUNTY AUDITOR

US TITLE AGENCY, INC.
234019

STATE OF Ohio

COUNTY OF Cuyahoga

Before me, a Notary Public in and for said County and State personally appeared before me the above named Elizabeth D. Brown, Unmarried, who acknowledged that she did sign the foregoing instrument and the same is hers free act and deed.

In testimony whereof I have set my hand and official seal at Ohio Savings Bank Cleveland, this 27th, day of August, 2003.

*[Notary signature]*
Notary Public
My Commission Expires:

DELISKA L. McGHEE-HAGGINS
Notary Public, State of Ohio
My Commission Expires 6/22/04

This Instrument Prepared By:
William T. Boukalik
Attorney at Law
1111 Chester Avenue Suite 400
Cleveland, Ohio 44114

CUYAHOGA COUNTY RECORDER
200308281081   PAGE 2 of 3

# Exhibit A

**ADDRESS**

2120 Cottingham Drive
Lyndhurst, Ohio 44124
Permanent Parcel No.(s) 714-25-941C
Order No 234014


CUYAHOGA COUNTY RECORDER
200308281081 PAGE 3 of 3

**LEGAL DESCRIPTION**

Situated in the City of Lyndhurst, County of Cuyahoga, and State of Ohio, and known as being Unit No. 2120 in Residential Building B-12, together with an undivided interest in and to all common areas and facilities appurtenant to said Unit in the Georgetown of Lyndhurst Condominium as shown by the drawings recorded in Volume 41 of Condominium Maps, Pages 14 to 39, inclusive, of Cuyahoga County Records and as further described by the Declaration of Condominium Ownership and By-Laws for said condominium recorded in Deed Volume 152830 Page 119, et seq. of Cuyahoga County Records, as amended in Volume 15291, Page 327 of Cuyahoga County Records, be the same more or less, but subject to all legal highways.

Situated in the City of Lyndhurst, County of Cuyahoga and State of Ohio and known as being Unit No. 9-D in Garage Building G-9, together with an undivided interest in and to all common areas and facilities appurtenant to said Unit in the Georgetown of Lyndhurst Condominium as shown by the drawings recorded in Volume 41 of Condominium Maps, Pages 14 to 39, inclusive, of Cuyahoga County Records and as further described by the Declaration of Condominium Ownership and By-Laws for said condominium recorded in Deed Volume 152830 Page 119, et seq. of Cuyahoga County Records, as amended in Volume 15291, Page 327 of Cuyahoga County Records, be the same more or less, but subject to all legal highways.