Amanda A. Barreto, Esq.
Ott & Associates Co., LPA
1300 East 9th Street, Ste. 1520
Cleveland, OH 44114


Ashley E. Mueller, Esq.
4500 Courthouse Blvd., Ste. 400
Stow, OH 44224


Bank of New York Mellon Trust
Co., as Successor to JP Morgan
Chase Bank, NA as Trustee
1100 Virginia Drive, P.O. Box 8300
Fort Washington, PA 19034


Chrissy Dunn Dutton, Esq.
1700 PNC Center
201 East Fifth Street
Cincinnati, OH 45202


Cuyahoga County Treasurer
P.O. Box 94404
Cleveland, OH 44101-4404


Georgetown of Lyndhurst
Condominiums Unit Owners Assoc.
c/o K&C Service Corp. as R/A
50 Public Square, Ste. 2000
Cleveland, OH 44113


Harris Trust and Savings Bank
Trustee for Cityscape Home Equity
Loan Series 1996-3
111 W. Monroe Street
Chicago, IL 60603


Mortgage Electronic Registration
Systems, Inc. as Nominee for Atlas
Capital Funding, Inc.
P.O. Box 2026
Flint, MI 48501


Ocwen Loan Servicing
P.O. Box 24738
West Palm Beach, FL 33416-4738

Sutton Place Condominium Assoc.
of Shaker Hts.
c/o Erika R. Finley, Esq.
50 Public Square, Ste. 2000
Cleveland, OH 44113

Wells Fargo Bank, N.A.
c/o John E. Codrea, Esq.
P.O. Box 165028
Columbus, OH 43216