## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: **Dominica D. Dearing,** | ) | **Case No. 17-10025-jps** |
| | ) | |
| **Debtor.** | ) | **Chapter 13** |
| | ) | |
| | ) | **Judge: Hon. Jessica E. Price-Smith** |
| | ) | |
| | ) | **MOTION OF GEORGETOWN OF** |
| | ) | **LYNDHURST CONDOMINIUMS UNIT** |
| | ) | **OWNERS' ASSOCIATION, INC.** |
| | ) | **FOR RELIEF FROM STAY** |
| | ) | |

The Georgetown of Lyndhurst Condominiums Unit Owners' Association, (the "Movant")
moves this Court, under §§ 361, 362, 363 and other sections of the Bankruptcy Reform Act of
1978, as amended (the "Bankruptcy Code") and under Rules 4001, 6007, and other rules of the
Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order conditioning,
modifying or dissolving the automatic stay imposed by § 362 of the Bankruptcy Code. In
support of this Motion, the Movant states:

### MEMORANDUM IN SUPPORT

1. The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334. This is a
core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper
under 28 U.S.C. §§ 1408 and 1409.

2. Movant is an existing corporation, not for profit, organized under the laws of the State
of Ohio. Pursuant to R.C. 5311.081(A)(2), the unit owners' association, through its Board of
Directors, is authorized to collect and receive maintenance fees from each and every unit owner

for the common expenses of the condominium association.

3. To secure payment of the maintenance fees, common expenses and assessments Movant filed a Certificate of Lien (the "Lien") on the condominium unit (the "Property") owned by the Debtor, located at 2120 Cottingham Dr., Lyndhurst, Ohio 44124 in the amount of $2,921.04 plus interest at the maximum rate allowable by law from the 18th day of July, 2012 and any unpaid assessments accruing hereinafter until the lien is satisfied. The lien was recorded as Instrument No. 201207270848 of Cuyahoga County Records, in the office of the Cuyahoga County Recorder on July 27, 2012. A copy of the lien is attached to this Motion as Exhibit A.

4. To secure payment of the maintenance fees, common expenses and assessments Movant filed a second Certificate of Lien (the "Lien") on the condominium unit (the "Property") owned by the Debtor, located at 20120 Cottingham Dr., Lyndhurst, Ohio 44124 in the amount of $17,040.38 plus interest at the maximum rate allowable by law from the 26th day of September, 2014 and any unpaid assessments accruing hereinafter until the lien is satisfied. The lien was recorded as Instrument No. 201410030489 of Cuyahoga County Records, in the office of the Cuyahoga County Recorder on October 3, 2014. A copy of the lien is attached to this Motion as Exhibit B.

5. The value of the Property is $69,100. This valuation is based on the value as indicated by the Cuyahoga County Auditor. A copy of the Auditor's value for the real property is attached to this Motion as Exhibit C.

6. As of the date of this Motion, there is currently due and owing pursuant to the Debtor's Plan the outstanding balance of $42,093.18. A copy of the Debtor's pre-petition maintenance fee balance of $33,597.88 is attached to this Motion as Exhibit D and a copy of the Debtor's pre-petition utility balance of $8,495.30 is attached to this Motion as Exhibit E. Also,

2

currently due and owing for maintenance fees, common expenses and assessments accrued since

the commencement of this bankruptcy case is the outstanding balance of $659.66 for

maintenance fees and $288.69 for post-petition utility charges. A copy of the Debtor's post-

petition balance is attached to this Motion as Exhibit F and a copy of the Debtor's post-petition

balance is attached to this Motion as Exhibit G.

      7. Other parties known to have an interest in the Property are: Wells Fargo Bank, NA and

the Cuyahoga County Treasurer.

      8. Movant is entitled to relief from the automatic stay under §§ 362(d)(1) and/or

362(d)(2) for these reason(s):

> Debtor has failed to make monthly payments, pursuant to the Debtor's Plan, to
> Movant "outside" the plan since the bankruptcy filing date, beginning with April
> 2017 maintenance fees and February 2017 utilities, which unpaid payments are in
> the aggregate amount of $1,043.35 through May 18, 2017.

      9. Movant has completed the worksheet attached as Exhibit H.

      10. This Motion conforms to the standard form adopted in this District except as follows:

> Movant's secured claim is for monthly maintenance fees, common expenses and
> assessments due to the non-profit unit owner's association for utilities and
> maintenance services provided to the condominium unit owned by the Debtor.
> This claim is secured by a condominium lien recorded against the property for
> non-payment of the Debtor's pro-rata share of the common expenses of the
> Association from the date of the lien as well as those accruing thereafter until the
> lien is satisfied. Debtor has failed to make monthly payments to Movant
> "outside" of the plan, pursuant to the Debtor's Plan.

      **WHEREFORE**, Movant prays for an Order from the Court granting Movant relief from

the automatic stay of Section 362 of the Bankruptcy Code to permit Movant to proceed under

law and for such other and further relief to which the Movant may be entitled.

3

Respectfully submitted,

By: /s/ Lindsey A. Wrubel
    **AMANDA A. BARRETO (0084902)**
    **LINDSEY A. WRUBEL (0092993)**
    Ott & Associates Co., LPA
    1300 East 9th St., Suite 1520
    Cleveland, Ohio 44114
    lwrubel@ottesq.com
    (216) 771-2600 (Telephone)
    (216) 830-8939 (Facsimile)
    *Attorney for Movant, Georgetown of*
    *Lyndhurst Condominiums Unit Owners'*
    *Association, Inc.*

4

## CERTIFICATE OF SERVICE

I certify that on this _____ day of May, 2017, copies of this <u>Motion for Relief from the Automatic Stay</u> were served by mailing the same by ordinary U.S. mail, postage prepaid or electronic mail, to the persons listed below:

Dominica Dearing
2120 Cottingham Dr.
Lyndhurst, OH 44124
*Debtor*

Lee. R. Kravitz, Esq.
Law Offices of Lee R. Kravitz
4508 State Rd.
Cleveland, OH 44109
*leekravitz@sbcglobal.net*
*Attorney for Debtor*

John E. Codrea, Esq.
Manley Deas Kochalski
PO Box 165028
Columbus, OH 43216-5028
*jec@manleydeas.com*
*Attorney for Creditor, Wells Fargo Bank, NA*

Craig H. Shopneck, Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Ch13shopneck@ch13cleve.com

/s/ Lindsey A. Wrubel
**LINDSEY A. WRUBEL (0092993)**

5

<u>GEORGETOWN OF LYNDHURST CONDOMINIUMS UNIT OWNERS' ASSOCIATION</u>
CERTIFICATE OF LIEN

    Pursuant to Article 16, Section D of the Declaration of Condominium Ownership for Georgetown of Lyndhurst Condominium, filed for record in Volume 15283, Page 119, *et seq.* of Cuyahoga County Records, the undersigned, Georgetown of Lyndhurst Condominiums Unit Owners' Association, hereby claims a lien for unpaid assessments to date against the following unit in said Condominium Property and the undivided interest in the Common Elements appertaining thereto:

Owner:    Dominica D. Dearing
Address:   2120 Cottingham Drive           PPN:714-25-941C
             Lyndhurst, OH 44124

    Amount of Lien: $2,921.04 plus interest at maximum rate allowable by law per annum from the 18th day of July, 2012 and any unpaid assessments accruing hereinafter until this lien is satisfied.

    IN WITNESS WHEREOF, Georgetown of Lyndhurst Condominiums Unit Owners' Association has caused this Certificate of Lien to be executed by its duly authorized representative this 21st day of _____July_____, 2012.

                    Georgetown of Lyndhurst Condominiums Unit Owners'
                    Association

            By:    *Kathy Y. Sekerick*
                    President

    SWORN TO BEFORE ME and subscribed in my presence this 21st day of _____July_____, 2012.

                    Notary Public
                    DANIELLE PISANI
                    Notary Public, State of Ohio
                    My Commission Expires June 16, 2013

This Instrument Prepared By:
Kaman & Cusimano, LLC, 50 Public Square, Suite 2000, Cleveland, OH 44113, (216) 556-2268
    THE CLAIM SECURED BY THIS LIEN HAS BEEN PAID AND THE LIEN IS HEREBY SATISFIED AND DISCHARGED.

DATE: _____          Georgetown of Lyndhurst Condominiums Unit Owners'
                    Association

            By: _____
                    Designated Representative

    SWORN TO BEFORE ME and subscribed in my presence this _____ day of
_____, _____.

                    _____
                    Notary Public



EXHIBIT

A

## GEORGETOWN OF LYNDHURST CONDOMINIUMS UNIT OWNERS' ASSOCIATION
### CERTIFICATE OF LIEN

Pursuant to Article 16, Section D of the Amended and Restated Declaration of Condominium Ownership for Georgetown of Lyndhurst Condominiums, filed for record in Instrument No. 200907310468, *et seq.* of Cuyahoga County Records, the undersigned, Georgetown of Lyndhurst Condominiums Unit Owners' Association, hereby claims a lien for unpaid assessments to date against the following unit in said Condominium Property and the undivided interest in the Common Elements appertaining thereto:

Owner:      Dominica D. Dearing
Address:    2120 Cottingham Drive              PPN:714-25-941C
            Lyndhurst, OH 44124

Amount of Lien: $17,040.38 plus interest at maximum rate allowable by law from the 26th day of September, 2014 and any unpaid assessments accruing hereinafter until this lien is satisfied.

IN WITNESS WHEREOF, Georgetown of Lyndhurst Condominiums Unit Owners' Association has caused this Certificate of Lien to be executed by its duly authorized representative this 30 day of September, 2014.

                          Georgetown of Lyndhurst Condominiums Unit Owners'
                          Association

                          By:   *Kimberly L. Strauss Esq.*
                                Designated Representative
                                Kimberly L. Strauss, Esq.

SWORN TO BEFORE ME and subscribed in my presence this 30 day of September, 2014.

            KIMBERLY M KNAZIK
            Notary Public
            in and for the State of Ohio        *Kim Knazik*
            My Commission Expires               Notary Public
            September 27, 2015

This Instrument Prepared By:
Kaman & Cusimano, LLC, 50 Public Square, Suite 2000, Cleveland, OH 44113, (216) 556-2268

THE CLAIM SECURED BY THIS LIEN HAS BEEN PAID AND THE LIEN IS HEREBY SATISFIED AND DISCHARGED.

DATE: _____          Georgetown of Lyndhurst Condominiums Unit Owners'
                          Association

                          By:   _____
                                Designated Representative

            SWORN TO BEFORE ME and subscribed in my presence this _____ day of
_____, _____.

                          _____
                          Notary Public

**EXHIBIT**

**B**

**PARCEL ID** 714-25-941C
OWNERS NAME DEARING, DOMINICA D
**ADDRESS** 2120 Cottingham DR
CITY Lyndhurst
ZIP 44124

## 2016 Market Value

|  | LUC | LAND | BLDG | TOTAL |
|---|---|---|---|---|
| APPRAISED | 5500 | 6,800 | 61,400 | 68,200 |
| NET TAXABLE | 5500 | 6,800 | 61,400 | 68,200 |
| EXEMPT | 0 | 0 | 0 | 0 |
| ABATED | 0 | 0 | 0 | 0 |

TIF Values not available at this time

By state law, the Cuyahoga County Auditor is responsible to see that every parcel of land and the buildings thereon are fairly and uniformly appraised and assessed for tax purposes. The County Auditor maintains a detailed record of the appraisal on each parcel in Cuyahoga County. For further information on tax abatements, please contact your local city hall or the County Auditors Office at 216-443-7100.

## *Real Property Tax Abatements / Incentives*

*Abatements* are tools used by Municipalities to encourage development and to create and preserve employment. In short, Tax Abatement is a temporary reduction of billable value on a parcel. The Tax Incentive Division handles the administration of these finite term exemptions and abatements. Currently over 15,000 parcels within Cuyahoga County receive some form of tax incentive.

To verify Abatement on a specific parcel please view the ?General Information? tab, in Property Information, where there is a field listed with the designation. To view the value of the Abatement, one must view the ?Certified Value? tab within the parcel record.

*Exempt* property which is assessed but not taxed. Generally, properties which are exempt from property taxes because they provide services for the public good, such as schools, churches, and hospitals.

Properties that show an assessed value but do not show value on the charge and payment detail may have abatement or an exemption.

CUYAHOGA COUNTY ASSUMES NO LIABILITY FOR DAMAGES AS A RESULT OF ERRORS, OMISSIONS OR DISCREPANCIES CONTAINED IN THESE PAGES. PROSPECTIVE PURCHASERS SHOULD CONSULT A REAL ESTATE ATTORNEY AND PURCHASE A TITLE INSURANCE POLICY PRIOR TO THE SALE.



EXHIBIT C

**PARCEL ID** 714-25-883D
**OWNERS NAME** DEARING, DOMINICIA
**ADDRESS** Cottingham
**CITY** Lyndhurst
**ZIP** 00000

## 2016 Market Value

|  | LUC | LAND | BLDG | TOTAL |
|---|---|---|---|---|
| APPRAISED | 5990 | 100 | 800 | 900 |
| NET TAXABLE | 5990 | 100 | 800 | 900 |
| EXEMPT | 0 | 0 | 0 | 0 |
| ABATED | 0 | 0 | 0 | 0 |

TIF Values not available at this time

By state law, the Cuyahoga County Auditor is responsible to see that every parcel of land and the buildings thereon are fairly and uniformly appraised and assessed for tax purposes. The County Auditor maintains a detailed record of the appraisal on each parcel in Cuyahoga County. For further information on tax abatements, please contact your local city hall or the County Auditors Office at 216-443-7100.

## Real Property Tax Abatements / Incentives

*Abatements* are tools used by Municipalities to encourage development and to create and preserve employment. In short, Tax Abatement is a temporary reduction of billable value on a parcel. The Tax Incentive Division handles the administration of these finite term exemptions and abatements. Currently over 15,000 parcels within Cuyahoga County receive some form of tax incentive.

To verify Abatement on a specific parcel please view the ?General Information? tab, in Property Information, where there is a field listed with the designation. To view the value of the Abatement, one must view the ?Certified Value? tab within the parcel record.

*Exempt* property which is assessed but not taxed. Generally, properties which are exempt from property taxes because they provide services for the public good, such as schools, churches, and hospitals.

Properties that show an assessed value but do not show value on the charge and payment detail may have abatement or an exemption.

CUYAHOGA COUNTY ASSUMES NO LIABILITY FOR DAMAGES AS A RESULT OF ERRORS, OMISSIONS OR DISCREPANCIES CONTAINED IN THESE PAGES. PROSPECTIVE PURCHASERS SHOULD CONSULT A REAL ESTATE ATTORNEY AND PURCHASE A TITLE INSURANCE POLICY PRIOR TO THE SALE.

# Unit Account History

## 2120 Cottingham Drive - Dominica Dearing

| Type | Date | Amount | Balance |
|---|---|---|---|
| | | | $ **910.36** |
| Payment | 02/21/2011 | $ (910.36) | $ - |
| Invoice | 03/01/2011 | $ 302.59 | $ 302.59 |
| Invoice | 04/01/2011 | $ 302.59 | $ 605.18 |
| Stmt Charge | 04/20/2011 | $ 25.00 | $ 630.18 |
| Invoice | 05/01/2011 | $ 302.59 | $ 932.77 |
| Invoice | 06/01/2011 | $ 302.59 | $ 1,235.36 |
| Payment | 06/16/2011 | $ (1,200.00) | $ 35.36 |
| Invoice | 07/01/2011 | $ 302.59 | $ 337.95 |
| Invoice | 08/01/2011 | $ 302.59 | $ 640.54 |
| Invoice | 09/01/2011 | $ 302.59 | $ 943.13 |
| Invoice | 10/01/2011 | $ 302.59 | $ 1,245.72 |
| Payment | 10/06/2011 | $ (943.13) | $ 302.59 |
| Stmt Charge | 10/31/2011 | $ 25.00 | $ 327.59 |
| Invoice | 11/01/2011 | $ 302.59 | $ 630.18 |
| Invoice | 12/01/2011 | $ 302.59 | $ 932.77 |
| Invoice | 01/01/2012 | $ 316.52 | $ 1,249.29 |
| Stmt Charge | 01/17/2012 | $ 25.00 | $ 1,274.29 |
| Payment | 01/26/2012 | $ (900.00) | $ 374.29 |
| Invoice | 02/01/2012 | $ 316.52 | $ 690.81 |
| Invoice | 03/01/2012 | $ 316.52 | $ 1,007.33 |
| Stmt Charge | 03/15/2012 | $ 25.00 | $ 1,032.33 |
| Invoice | 04/01/2012 | $ 316.52 | $ 1,348.85 |
| Stmt Charge | 04/19/2012 | $ 47.50 | $ 1,396.35 |
| Invoice | 05/01/2012 | $ 316.52 | $ 1,712.87 |
| Stmt Charge | 05/17/2012 | $ 25.00 | $ 1,737.87 |
| Invoice | 06/01/2012 | $ 316.52 | $ 2,054.39 |
| Stmt Charge | 06/14/2012 | $ 25.00 | $ 2,079.39 |
| Invoice | 07/01/2012 | $ 316.52 | $ 2,395.91 |
| Stmt Charge | 07/13/2012 | $ 25.00 | $ 2,420.91 |
| Invoice | 08/01/2012 | $ 316.52 | $ 2,737.43 |
| Stmt Charge | 08/13/2012 | $ 250.00 | $ 2,987.43 |
| Stmt Charge | 08/15/2012 | $ 25.00 | $ 3,012.43 |
| Invoice | 09/01/2012 | $ 316.52 | $ 3,328.95 |
| Invoice | 10/01/2012 | $ 316.52 | $ 3,645.47 |
| Invoice | 11/01/2012 | $ 316.52 | $ 3,961.99 |
| Stmt Charge | 11/14/2012 | $ 25.00 | $ 3,986.99 |
| Invoice | 12/01/2012 | $ 316.52 | $ 4,303.51 |
| Stmt Charge | 12/17/2012 | $ 25.00 | $ 4,328.51 |
| Invoice | 01/01/2013 | $ 341.74 | $ 4,670.25 |
| Stmt Charge | 01/16/2013 | $ 25.00 | $ 4,695.25 |
| Invoice | 02/01/2013 | $ 341.74 | $ 5,036.99 |
| Invoice | 03/01/2013 | $ 341.74 | $ 5,378.73 |



EXHIBIT

D

| | Stmt Charge | 03/01/2013 | $ | 350.00 | $ | 5,728.73 |
|---|---|---|---|---|---|---|
| | Stmt Charge | 03/18/2013 | $ | 25.00 | $ | 5,753.73 |
| | Invoice | 04/01/2013 | $ | 341.74 | $ | 6,095.47 |
| | Stmt Charge | 04/12/2013 | $ | 25.00 | $ | 6,120.47 |
| | Invoice | 05/01/2013 | $ | 341.74 | $ | 6,462.21 |
| | Stmt Charge | 05/10/2013 | $ | 25.00 | $ | 6,487.21 |
| | Invoice | 06/01/2013 | $ | 341.74 | $ | 6,828.95 |
| | Stmt Charge | 06/10/2013 | $ | 25.00 | $ | 6,853.95 |
| | Invoice | 07/01/2013 | $ | 341.74 | $ | 7,195.69 |
| | Invoice | 08/01/2013 | $ | 341.74 | $ | 7,537.43 |
| | Invoice | 09/01/2013 | $ | 341.74 | $ | 7,879.17 |
| | Invoice | 10/01/2013 | $ | 341.74 | $ | 8,220.91 |
| | Invoice | 11/01/2013 | $ | 341.74 | $ | 8,562.65 |
| | Invoice | 12/01/2013 | $ | 341.74 | $ | 8,904.39 |
| | Invoice | 12/18/2013 | $ | 25.00 | $ | 8,929.39 |
| | Invoice | 01/01/2014 | $ | 323.07 | $ | 9,252.46 |
| | Stmt Charge | 01/10/2014 | $ | 35.00 | $ | 9,287.46 |
| | Invoice | 02/01/2014 | $ | 323.07 | $ | 9,610.53 |
| | Stmt Charge | 02/10/2014 | $ | 35.00 | $ | 9,645.53 |
| | Invoice | 03/01/2014 | $ | 323.07 | $ | 9,968.60 |
| | Stmt Charge | 03/10/2014 | $ | 35.00 | $ 10,003.60 |
| | Invoice | 04/01/2014 | $ | 323.07 | $ 10,326.67 |
| | Stmt Charge | 04/10/2014 | $ | 35.00 | $ 10,361.67 |
| | Invoice | 05/01/2014 | $ | 323.07 | $ 10,684.74 |
| | Stmt Charge | 05/28/2014 | $ | 175.00 | $ 10,859.74 |
| | Invoice | 06/01/2014 | $ | 323.07 | $ 11,182.81 |
| | Stmt Charge | 06/10/2014 | $ | 35.00 | $ 11,217.81 |
| | Invoice | 07/01/2014 | $ | 323.07 | $ 11,540.88 |
| | Stmt Charge | 07/10/2014 | $ | 35.00 | $ 11,575.88 |
| | Invoice | 08/01/2014 | $ | 323.07 | $ 11,898.95 |
| | Stmt Charge | 08/10/2014 | $ | 35.00 | $ 11,933.95 |
| | Stmt Charge | 08/31/2014 | $ | 4,848.36 | $ 16,782.31 |
| | Invoice | 09/01/2014 | $ | 323.07 | $ 17,105.38 |
| | Invoice | 09/05/2014 | $ | 20.00 | $ 17,125.38 |
| | Stmt Charge | 09/22/2014 | $ | 35.00 | $ 17,160.38 |
| | Invoice | 09/29/2014 | $ | 60.00 | $ 17,220.38 |
| | Invoice | 10/01/2014 | $ | 323.07 | $ 17,543.45 |
| | Stmt Charge | 10/08/2014 | $ | 365.00 | $ 17,908.45 |
| | Stmt Charge | 10/10/2014 | $ | 35.00 | $ 17,943.45 |
| | Invoice | 11/01/2014 | $ | 323.07 | $ 18,266.52 |
| | Stmt Charge | 11/11/2014 | $ | 35.00 | $ 18,301.52 |
| | Stmt Charge | 11/11/2014 | $ | 190.00 | $ 18,491.52 |
| | Invoice | 11/11/2014 | $ | 190.00 | $ 18,681.52 |
| | Invoice | 11/11/2014 | $ | 95.00 | $ 18,776.52 |
| | Stmt Charge | 11/17/2014 | $ | 448.32 | $ 19,224.84 |
| | Invoice | 12/01/2014 | $ | 323.07 | $ 19,547.91 |
| | Stmt Charge | 12/12/2014 | $ | 35.00 | $ 19,582.91 |
| | Invoice | 01/01/2015 | $ | 334.50 | $ 19,917.41 |

| | Invoice | 01/08/2015 | $ | 237.50 | $ 20,154.91 |
|---|---|---|---|---|---|
| | Stmt Charge | 01/10/2015 | $ | 35.00 | $ 20,189.91 |
| | Invoice | 02/01/2015 | $ | 334.50 | $ 20,524.41 |
| | Payment | 02/06/2015 | $ | (716.14) | $ 19,808.27 |
| | Invoice | 02/11/2015 | $ | 95.00 | $ 19,903.27 |
| | Invoice | 02/12/2015 | $ | 95.00 | $ 19,998.27 |
| | Invoice | 03/01/2015 | $ | 334.50 | $ 20,332.77 |
| | Invoice | 04/01/2015 | $ | 334.50 | $ 20,667.27 |
| | Invoice | 05/01/2015 | $ | 334.50 | $ 21,001.77 |
| | Invoice | 06/01/2015 | $ | 334.50 | $ 21,336.27 |
| | Stmt Charge | 06/10/2015 | $ | 35.00 | $ 21,371.27 |
| | Invoice | 07/01/2015 | $ | 334.50 | $ 21,705.77 |
| | Stmt Charge | 07/13/2015 | $ | 35.00 | $ 21,740.77 |
| | Invoice | 07/22/2015 | $ | 95.00 | $ 21,835.77 |
| | Invoice | 07/22/2015 | $ | 95.00 | $ 21,930.77 |
| | Invoice | 07/22/2015 | $ | 95.00 | $ 22,025.77 |
| | Invoice | 07/31/2015 | $ | 20.00 | $ 22,045.77 |
| | Invoice | 08/01/2015 | $ | 334.50 | $ 22,380.27 |
| | Stmt Charge | 08/10/2015 | $ | 35.00 | $ 22,415.27 |
| | Invoice | 09/01/2015 | $ | 334.50 | $ 22,749.77 |
| | Stmt Charge | 09/10/2015 | $ | 35.00 | $ 22,784.77 |
| | Invoice | 09/28/2015 | $ | 95.00 | $ 22,879.77 |
| | Invoice | 09/28/2015 | $ | 190.00 | $ 23,069.77 |
| | Invoice | 10/01/2015 | $ | 334.50 | $ 23,404.27 |
| | Stmt Charge | 10/12/2015 | $ | 35.00 | $ 23,439.27 |
| | Invoice | 10/16/2015 | $ | 95.00 | $ 23,534.27 |
| | Invoice | 11/01/2015 | $ | 334.50 | $ 23,868.77 |
| | Stmt Charge | 11/10/2015 | $ | 35.00 | $ 23,903.77 |
| | Invoice | 12/01/2015 | $ | 334.50 | $ 24,238.27 |
| | Stmt Charge | 12/11/2015 | $ | 35.00 | $ 24,273.27 |
| | Invoice | 01/01/2016 | $ | 334.50 | $ 24,607.77 |
| | Stmt Charge | 01/12/2016 | $ | 35.00 | $ 24,642.77 |
| | Invoice | 01/31/2016 | $ | 352.50 | $ 24,995.27 |
| | Invoice | 02/01/2016 | $ | 334.50 | $ 25,329.77 |
| | Stmt Charge | 02/11/2016 | $ | 35.00 | $ 25,364.77 |
| | Invoice | 02/29/2016 | $ | 544.00 | $ 25,908.77 |
| | Invoice | 02/29/2016 | $ | 494.00 | $ 26,402.77 |
| | Invoice | 03/01/2016 | $ | 334.50 | $ 26,737.27 |
| | Stmt Charge | 03/10/2016 | $ | 35.00 | $ 26,772.27 |
| | Invoice | 04/01/2016 | $ | 334.50 | $ 27,106.77 |
| | Stmt Charge | 04/11/2016 | $ | 35.00 | $ 27,141.77 |
| | Invoice | 04/30/2016 | $ | 163.00 | $ 27,304.77 |
| | Invoice | 04/30/2016 | $ | 19.00 | $ 27,323.77 |
| | Invoice | 05/01/2016 | $ | 334.50 | $ 27,658.27 |
| | Stmt Charge | 05/11/2016 | $ | 35.00 | $ 27,693.27 |
| | Invoice | 05/31/2016 | $ | 344.50 | $ 28,037.77 |
| | Invoice | 05/31/2016 | $ | 57.00 | $ 28,094.77 |
| | Invoice | 06/01/2016 | $ | 334.50 | $ 28,429.27 |

| | | | | |
|---|---|---|---|---|
| Stmt Charge | 06/16/2016 | $ 35.00 | $ 28,464.27 |
| Invoice | 06/30/2016 | $ 152.00 | $ 28,616.27 |
| Invoice | 07/01/2016 | $ 334.50 | $ 28,950.77 |
| Stmt Charge | 07/11/2016 | $ 35.00 | $ 28,985.77 |
| Invoice | 08/01/2016 | $ 334.50 | $ 29,320.27 |
| Stmt Charge | 08/11/2016 | $ 35.00 | $ 29,355.27 |
| Invoice | 08/31/2016 | $ 898.50 | $ 30,253.77 |
| Invoice | 09/01/2016 | $ 334.50 | $ 30,588.27 |
| Stmt Charge | 09/11/2016 | $ 35.00 | $ 30,623.27 |
| Invoice | 09/30/2016 | $ 179.50 | $ 30,802.77 |
| Invoice | 10/01/2016 | $ 334.50 | $ 31,137.27 |
| Stmt Charge | 10/11/2016 | $ 35.00 | $ 31,172.27 |
| Invoice | 10/31/2016 | $ 170.00 | $ 31,342.27 |
| Invoice | 11/01/2016 | $ 334.50 | $ 31,676.77 |
| Stmt Charge | 11/11/2016 | $ 35.00 | $ 31,711.77 |
| Invoice | 11/30/2016 | $ 965.95 | $ 32,677.72 |
| Invoice | 12/01/2016 | $ 334.50 | $ 33,012.22 |
| Stmt Charge | 12/11/2016 | $ 35.00 | $ 33,047.22 |
| Invoice | 12/31/16 | $ 192.00 | $ 33,239.22 |
| Invoice | 1/1/17 | $ 358.66 | $ 33,597.88 |
| | | | |
| TOTAL: | | $ 32,687.52 | $ 33,597.88 |

| Description | Date | Invoice | Payment | Balance |
|---|---|---|---|---|
| Bill RBC | 01/04/2017 | $4.00 | $0.00 | $8,495.30 |
| Late Fee | 01/04/2017 | $35.00 | $0.00 | $8,491.30 |
| Bill RBC | 12/06/2016 | $4.00 | $0.00 | $8,456.30 |
| Late Fee | 12/06/2016 | $35.00 | $0.00 | $8,452.30 |
| Bill RBC | 11/03/2016 | $4.00 | $0.00 | $8,417.30 |
| Late Fee | 11/03/2016 | $35.00 | $0.00 | $8,413.30 |
| Bill RBC | 10/05/2016 | $4.00 | $0.00 | $8,378.30 |
| Late Fee | 10/05/2016 | $35.00 | $0.00 | $8,374.30 |
| Bill RBC | 09/07/2016 | $4.00 | $0.00 | $8,339.30 |
| Late Fee | 09/07/2016 | $35.00 | $0.00 | $8,335.30 |
| Bill RBC | 08/03/2016 | $4.00 | $0.00 | $8,300.30 |
| Late Fee | 08/03/2016 | $35.00 | $0.00 | $8,296.30 |
| Bill RBC | 07/11/2016 | $4.00 | $0.00 | $8,261.30 |
| Late Fee | 07/11/2016 | $35.00 | $0.00 | $8,257.30 |
| Bill RBC | 06/07/2016 | $4.00 | $0.00 | $8,222.30 |
| Late Fee | 06/07/2016 | $35.00 | $0.00 | $8,218.30 |
| Bill RBC | 05/09/2016 | $4.00 | $0.00 | $8,183.30 |
| Late Fee | 05/09/2016 | $35.00 | $0.00 | $8,179.30 |
| Late Fee | 05/09/2016 | $0.00 | $0.00 | $8,144.30 |
| Bill RBC | 04/07/2016 | $14.24 | $0.00 | $8,144.30 |
| Late Fee | 04/07/2016 | $35.00 | $0.00 | $8,130.06 |
| Bill RBC | 03/09/2016 | $67.46 | $0.00 | $8,095.06 |
| Late Fee | 03/09/2016 | $35.00 | $0.00 | $8,027.60 |
| Bill RBC | 02/11/2016 | $85.85 | $0.00 | $7,992.60 |
| Late Fee | 02/11/2016 | $35.00 | $0.00 | $7,906.75 |
| Bill RBC | 01/06/2016 | $47.10 | $0.00 | $7,871.75 |
| Late Fee | 01/06/2016 | $35.00 | $0.00 | $7,824.65 |
| Bill RBC | 12/04/2015 | $26.26 | $0.00 | $7,789.65 |
| Late Fee | 12/04/2015 | $35.00 | $0.00 | $7,763.39 |
| Bill RBC | 11/05/2015 | $8.87 | $0.00 | $7,728.39 |
| Late Fee | 11/04/2015 | $35.00 | $0.00 | $7,719.52 |
| Bill RBC | 10/07/2015 | $7.86 | $0.00 | $7,684.52 |
| Late Fee | 10/07/2015 | $35.00 | $0.00 | $7,676.66 |
| Bill RBC | 09/08/2015 | $9.13 | $0.00 | $7,641.66 |
| Bill RBC | 08/11/2015 | $10.38 | $0.00 | $7,632.53 |
| Late Fee | 08/10/2015 | $692.92 | $0.00 | $7,622.15 |
| Bill RBC | 07/10/2015 | $8.99 | $0.00 | $6,929.23 |
| Late Fee | 07/09/2015 | $629.11 | $0.00 | $6,920.24 |
| Bill RBC | 06/08/2015 | $9.92 | $0.00 | $6,291.13 |
| Bill RBC | 05/14/2015 | $30.23 | $0.00 | $6,281.21 |
| Bill RBC | 04/02/2015 | $42.26 | $0.00 | $6,250.98 |
| Late Fee | 04/02/2015 | $564.43 | $0.00 | $6,208.72 |



| | | | | |
|---|---|---|---|---|
| Bill RBC | 03/04/2015 | $74.80 | $0.00 | $5,644.29 |
| Bill RBC | 02/04/2015 | $84.88 | $0.00 | $5,569.49 |
| Bill RBC | 01/06/2015 | $72.65 | $0.00 | $5,484.61 |
| Bill RBC | 12/04/2014 | $81.92 | $0.00 | $5,411.96 |
| Bill RBC | 11/07/2014 | $33.36 | $0.00 | $5,330.04 |
| Bill RBC | 10/16/2014 | $448.32 | $0.00 | $5,296.68 |
| Bill RBC | 06/13/2014 | $441.17 | $0.00 | $4,848.36 |
| Bill RBC | 04/22/2014 | $122.41 | $0.00 | $4,407.19 |
| Bill RBC | 03/25/2014 | $132.25 | $0.00 | $4,284.78 |
| Bill RBC | 02/28/2014 | $121.26 | $0.00 | $4,152.53 |
| Bill RBC | 01/09/2014 | $109.58 | $0.00 | $4,031.27 |
| Late Fee | 01/09/2014 | $356.52 | $0.00 | $3,921.69 |
| Bill RBC | 12/17/2013 | $74.54 | $0.00 | $3,565.17 |
| Late Fee | 12/17/2013 | $317.33 | $0.00 | $3,490.63 |
| Bill RBC | 11/07/2013 | $32.69 | $0.00 | $3,173.30 |
| Late Fee | 11/07/2013 | $285.51 | $0.00 | $3,140.61 |
| Bill RBC | 10/02/2013 | $22.37 | $0.00 | $2,855.10 |
| Late Fee | 10/02/2013 | $257.52 | $0.00 | $2,832.73 |
| Bill RBC | 09/05/2013 | $14.72 | $0.00 | $2,575.21 |
| Late Fee | 09/05/2013 | $232.77 | $0.00 | $2,560.49 |
| Bill RBC | 08/08/2013 | $14.90 | $0.00 | $2,327.72 |
| Late Fee | 08/08/2013 | $210.26 | $0.00 | $2,312.82 |
| Bill RBC | 07/11/2013 | $16.72 | $0.00 | $2,102.56 |
| Late Fee | 07/11/2013 | $189.62 | $0.00 | $2,085.84 |
| Bill RBC | 06/07/2013 | $46.70 | $0.00 | $1,896.22 |
| Late Fee | 06/07/2013 | $168.14 | $0.00 | $1,849.52 |
| Bill RBC | 05/09/2013 | $85.70 | $0.00 | $1,681.38 |
| Late Fee | 05/08/2013 | $145.06 | $0.00 | $1,595.68 |
| Bill RBC | 04/03/2013 | $134.12 | $0.00 | $1,450.62 |
| Late Fee | 04/03/2013 | $119.68 | $0.00 | $1,316.50 |
| Bill RBC | 03/06/2013 | $149.15 | $0.00 | $1,196.82 |
| Bill RBC | 02/06/2013 | $151.14 | $0.00 | $1,047.67 |
| Late Fee | 02/06/2013 | $81.50 | $0.00 | $896.53 |
| Bill RBC | 01/08/2013 | $102.15 | $0.00 | $815.03 |
| Late Fee | 01/08/2013 | $64.81 | $0.00 | $712.88 |
| Bill RBC | 12/06/2012 | $84.04 | $0.00 | $648.07 |
| Late Fee | 12/06/2012 | $51.28 | $0.00 | $564.03 |
| Bill RBC | 11/09/2012 | $59.42 | $0.00 | $512.75 |
| Late Fee | 11/09/2012 | $41.21 | $0.00 | $453.33 |
| Bill RBC | 10/09/2012 | $23.70 | $0.00 | $412.12 |
| Late Fee | 10/09/2012 | $35.31 | $0.00 | $388.42 |
| Bill RBC | 09/13/2012 | $15.21 | $0.00 | $353.11 |
| Late Fee | 09/11/2012 | $30.72 | $0.00 | $337.90 |
| Bill RBC | 08/15/2012 | $15.16 | $0.00 | $307.18 |
| Bill RBC | 07/13/2012 | $16.88 | $0.00 | $292.02 |

| | | | | |
|---|---|---|---|---|
| Late Fee | 07/12/2012 | $25.01 | $0.00 | $275.14 |
| Bill RBC | 06/11/2012 | $19.79 | $0.00 | $250.13 |
| Late Fee | 06/11/2012 | $20.94 | $0.00 | $230.34 |
| Bill RBC | 05/15/2012 | $52.04 | $0.00 | $209.40 |
| Late Fee | 05/11/2012 | $14.31 | $0.00 | $157.36 |
| Bill RBC | 04/16/2012 | $46.26 | $0.00 | $143.05 |
| Late Fee | 04/16/2012 | $8.80 | $0.00 | $96.79 |
| Credit Memo | 03/13/2012 | $0.00 | $331.23 | $87.99 |
| Bill RBC | 03/07/2012 | $87.99 | $0.00 | $419.22 |
| Late Fee | 03/07/2012 | $30.11 | $0.00 | $331.23 |
| Payment | 02/23/2012 | $0.00 | $990.00 | $301.12 |
| Bill RBC | 02/10/2012 | $50.72 | $0.00 | $1,291.12 |
| Late Fee | 02/10/2012 | $112.76 | $0.00 | $1,240.40 |
| Bill RBC | 01/13/2012 | $137.00 | $0.00 | $1,127.64 |
| Late Fee | 01/13/2012 | $90.06 | $0.00 | $990.64 |
| Bill RBC | 12/12/2011 | $57.45 | $0.00 | $900.58 |
| Late Fee | 12/12/2011 | $76.65 | $0.00 | $843.13 |
| Bill RBC | 11/10/2011 | $44.69 | $0.00 | $766.48 |
| Late Fee | 11/10/2011 | $65.62 | $0.00 | $721.79 |
| Bill RBC | 10/10/2011 | $24.99 | $0.00 | $656.17 |
| Late Fee | 10/10/2011 | $55.30 | $0.00 | $631.18 |
| Bill RBC | 09/14/2011 | $22.84 | $0.00 | $575.88 |
| Payment | 08/17/2011 | $0.00 | $500.00 | $553.04 |
| Bill RBC | 08/16/2011 | $23.86 | $0.00 | $1,053.04 |
| Bill RBC | 07/08/2011 | $25.75 | $0.00 | $1,029.18 |
| Bill RBC | 06/08/2011 | $43.97 | $0.00 | $1,003.43 |
| Bill RBC | 05/12/2011 | $70.92 | $0.00 | $959.46 |
| Bill RBC | 04/13/2011 | $106.98 | $0.00 | $888.54 |
| Bill RBC | 03/09/2011 | $175.21 | $0.00 | $781.56 |
| Late Fee | 03/08/2011 | $39.45 | $0.00 | $606.35 |
| Bill RBC | 02/16/2011 | $172.42 | $0.00 | $566.90 |
| Bill RBC | 01/12/2011 | $169.93 | $0.00 | $394.48 |
| Bill RBC | 12/15/2010 | $112.61 | $0.00 | $224.55 |
| Bill RBC | 11/11/2010 | $80.71 | $0.00 | $111.94 |
| Bill RBC | 10/06/2010 | $31.23 | $0.00 | $31.23 |
| Payment | 09/27/2010 | $0.00 | $76.74 | $0.00 |
| Bill RBC | 09/13/2010 | $25.53 | $0.00 | $76.74 |
| Bill RBC | 08/06/2010 | $23.82 | $0.00 | $51.21 |
| Bill RBC | 07/09/2010 | $27.39 | $0.00 | $27.39 |
| Payment | 06/28/2010 | $0.00 | $402.91 | $0.00 |
| Bill RBC | 06/10/2010 | $38.46 | $0.00 | $402.91 |
| Bill RBC | 05/15/2010 | $73.38 | $0.00 | $364.45 |
| Credit Memo | 04/15/2010 | $0.00 | $6,144.59 | $291.07 |
| Bill RBC | 04/08/2010 | $104.12 | $0.00 | $6,435.66 |
| Bill RBC | 03/12/2010 | $186.95 | $0.00 | $6,331.54 |

| | | | | |
|---|---|---|---|---|
| Late Fee | 03/12/2010 | $558.60 | $0.00 | $6,144.59 |
| Bill RBC | 02/12/2010 | $175.13 | $0.00 | $5,585.99 |
| Late Fee | 02/10/2010 | $491.90 | $0.00 | $5,410.86 |
| Bill RBC | 01/08/2010 | $211.64 | $0.00 | $4,918.96 |
| Late Fee | 01/08/2010 | $427.94 | $0.00 | $4,707.32 |
| Bill RBC | 12/09/2009 | $117.60 | $0.00 | $4,279.38 |
| Late Fee | 12/08/2009 | $378.34 | $0.00 | $4,161.78 |
| Bill RBC | 11/10/2009 | $99.80 | $0.00 | $3,783.44 |
| Late Fee | 11/09/2009 | $303.55 | $0.00 | $3,683.64 |
| Bill RBC | 10/19/2009 | $41.08 | $0.00 | $3,380.09 |
| Late Fee | 10/19/2009 | $303.55 | $0.00 | $3,339.01 |
| Bill RBC | 09/14/2009 | $24.96 | $0.00 | $3,035.46 |
| Late Fee | 09/14/2009 | $273.68 | $0.00 | $3,010.50 |
| Watersoft | 08/14/2009 | $21.55 | $0.00 | $2,736.82 |
| Watersoft | 08/14/2009 | $246.84 | $0.00 | $2,715.27 |
| Watersoft | 07/10/2009 | $24.18 | $0.00 | $2,468.43 |
| Watersoft | 07/09/2009 | $201.83 | $0.00 | $2,444.25 |
| Watersoft | 06/12/2009 | $48.67 | $0.00 | $2,242.42 |
| Watersoft | 06/11/2009 | $175.49 | $0.00 | $2,193.75 |
| Watersoft | 05/12/2009 | $115.73 | $0.00 | $2,018.26 |
| Watersoft | 05/12/2009 | $147.61 | $0.00 | $1,902.53 |
| Watersoft | 04/14/2009 | $161.90 | $0.00 | $1,754.92 |
| Watersoft | 04/13/2009 | $116.96 | $0.00 | $1,593.02 |
| Watersoft | 03/17/2009 | $237.46 | $0.00 | $1,476.06 |
| Watersoft | 03/16/2009 | $68.97 | $0.00 | $1,238.60 |
| Watersoft | 02/16/2009 | $361.01 | $0.00 | $1,169.63 |
| Watersoft | 02/16/2009 | $118.97 | $0.00 | $808.62 |
| Watersoft | 01/16/2009 | $263.81 | $0.00 | $689.65 |
| Watersoft | 01/16/2009 | $84.17 | $0.00 | $425.84 |
| Watersoft | 12/16/2008 | $187.55 | $0.00 | $341.67 |
| Watersoft | 12/16/2008 | $59.47 | $0.00 | $154.12 |
| Watersoft | 11/12/2008 | $91.87 | $0.00 | $94.65 |
| Payment | 11/11/2008 | $0.00 | $42.93 | $2.78 |

## Maintenance Fee Account History
### 2120 Cottingham Drive - Dominica Dearing

| Type | Date | Number | Amount | Balance |
|---|---|---|---|---|
| Invoice | 02/01/2017 | 41315 | $ 358.66 | $ 358.66 |
| Payment | 02/10/2017 | 232 | $ (358.66) | $ - |
| Invoice | 03/01/2017 | 41368 | $ 358.66 | $ 358.66 |
| Payment | 03/08/2017 | 240 | $ (358.66) | $ - |
| Invoice | 03/31/2017 | 41996 | $ 38.00 | $ 38.00 |
| Invoice | 04/01/2017 | 41598 | $ 358.66 | $ 396.66 |
| Stmt Charge | 04/11/2017 | | $ 35.00 | $ 431.66 |
| Payment | 04/28/2017 | 244 | $ (393.66) | $ 38.00 |
| Invoice | 04/30/2017 | 42007 | $ 228.00 | $ 266.00 |
| Invoice | 05/01/2017 | 41823 | $ 358.66 | $ 624.66 |
| Stmt Charge | 05/11/2017 | | $ 35.00 | $ 659.66 |
| | | | $ | 659.66 |



083126-000, D DEARING, 2120 Cottingham Dr

| Description | Date | Invoice | Payment | Balance |
|---|---|---|---|---|
| Bill RBC | 05/03/2017 | $5.93 | $0.00 | $288.69 |
| Late Fee | 05/02/2017 | $35.00 | $0.00 | $282.76 |
| Bill RBC | 04/06/2017 | $55.77 | $0.00 | $247.76 |
| Late Fee | 04/06/2017 | $35.00 | $0.00 | $191.99 |
| Bill RBC | 03/06/2017 | $60.23 | $0.00 | $156.99 |
| Late Fee | 03/06/2017 | $35.00 | $0.00 | $96.76 |
| Credit Memo | 02/13/2017 | $0.00 | $8,530.30 | $61.76 |
| Bill RBC | 02/03/2017 | $61.76 | $0.00 | $8,592.06 |
| Late Fee | 02/03/2017 | $35.00 | $0.00 | $8,530.30 |
| Bill RBC | 01/04/2017 | $4.00 | $0.00 | $8,495.30 |
| Late Fee | 01/04/2017 | $35.00 | $0.00 | $8,491.30 |



**EXHIBIT**

**G**

**EXHIBIT H**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re: Dominica D. Dearing, | ) | Case No. 17-10025-jps |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| | ) | Judge: Jessica E. Price-Smith |
| | ) | |

**RELIEF FROM STAY EXHIBIT AND WORKSHEET**

**Total indebtedness of debtor as of May 18, 2017:**

**Arrearages (see Exhibits D, E, F & G):**
BEFORE DATE OF FILING:     $ 42,093.18
AFTER DATE OF FILING:      $    948.35

**TOTAL ARREARAGES:**     $ 43,041.53

**Less:**
CREDITS DUE DEBTOR:     $ 0.00

**TOTAL INDEBTEDNESS:**     $ 43,041.53

**Lien Data:**
DATE OF LIEN 1          July 27, 2012
FACE AMOUNT OF LIEN     $2,291.04
INTEREST RATE:          3%

DATE OF LIEN 2          October 3, 2014
FACE AMOUNT OF LIEN     $17,040.38
CURRENT INTEREST RATE:  3%

**Subject of the lien:**
1. 2120 Cottingham Dr., Lyndhurst, OH 44124
   PPN: 714-25-941C & 714-25-883D



1

**Estimated Market Value of Subject Property:**

| | |
|---|---|
| At time of liens: | $ 78,500.00  (Exhibit I) |
| At time of this hearing: | $ 68,800.00  (Exhibit C) |
| Source of Valuation(s): | Cuyahoga County Auditor Appraised Value |

This Exhibit and Worksheet was prepared by:

Respectfully submitted,

**By:** /s/ Lindsey A. Wrubel

**AMANDA A. BARRETO (0084902)**
**LINDSEY A. WRUBEL (0092993)**
Ott & Associates Co., LPA
1300 East 9th St., Suite 1520
Cleveland, Ohio 44114
lwrubel@ottesq.com
 (216) 771-2600 (Telephone)
 (216) 830-8939 (Facsimile)
*Attorney for Movant, Georgetown of*
*Lyndhurst Condominiums Unit Owners'*
*Association, Inc.*

**PRIMARY OWNER**    Dearing, Dominicia
**SECONDARY OWNER**    Brown, Elizabeth D.
**PROPERTY ADDRESS**    Cottingham Lyndhurst, OH 00000
**TAX MAILING ADDRESS**    DOMINICA D DEARING, 2120 COTTINGHAM Dr, LYNDHURST, OH 44124
**LEGAL DESCRIPTION**    3/30 GEORGETOWN OF LYNDHURST BL G9 009D      Field Definitions
**PROPERTY CLASS**    OTHER RESIDENTIAL STRUCTURES

## 2012 (pay in 2013) TAXBILL SUMMARY

**PARCEL NUMBER**   714-25-883D     **TAXSET**   Lyndhurst     **TAX YEAR**   2012 (pay in 2013)

### ASSESSED VALUES

| | |
|---|---|
| LAND VALUE | 40.00 |
| BUILDING VALUE | 320.00 |
| TOTAL VALUE | 360.00 |
| HOMESTEAD VALUE | 0 |

### MARKET VALUES

| | |
|---|---|
| LAND VALUE | 100.00 |
| BUILDING VALUE | 900.00 |
| TOTAL VALUE | 1,000.00 |

### FLAGS

| | |
|---|---|
| OWNER OCCUPANCY CREDIT | Y |
| HOMESTEAD | N |
| FORECLOSURE | Y |
| CERT. PEND. | N |
| CERT. SOLD | N |
| PAYMENT PLAN | N |

### HALF YEAR CHARGE AMOUNTS

| | |
|---|---|
| GROSS TAX | 25.15 |
| LESS 920 RED | 7.38 |
| SUB TOTAL | 17.77 |
| NON-BUSINESS CREDIT | 1.78 |
| OWNER OCCUPANCY CREDIT | 0.44 |
| HOMESTEAD RED. AMOUNT | 0.00 |
| TOTAL ASSESSMENTS | 0.00 |
| HALF YEAR NET TAXES | 15.55 |

### RATES

| | |
|---|---|
| FULL RATE | 139.7 |
| 920 RED. RATE | .293404 |
| EFFECTIVE RATE | 98.711397 |

### ESCROW

| | |
|---|---|
| ESCROW | N |
| PMT. AMOUNT | 0.00 |
| ACCOUNT | |

| | CHARGES | PAYMENTS | BALANCE DUE |
|---|---|---|---|
| TAX BALANCE SUMMARY: | 443.93 | 0.00 | 443.93 |

## 2012 (pay in 2013) CHARGE AND PAYMENT DETAIL

Tax Information is up to the hour - tell me more.

| TAXSET | CHARGE TYPE | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|
| Lyndhurst | Prior year tax - 2006 | 29.84 | 0.00 | 29.84 |
| | Prior year interest - 2009 | 8.41 | 0.00 | 8.41 |
| | Prior year tax - 2007 | 30.02 | 0.00 | 30.02 |
| | Prior year penalty - 2004 | 4.19 | 0.00 | 4.19 |
| | Prior year penalty - 2009 | 5.08 | 0.00 | 5.08 |
| | Prior year tax - 2005 | 29.16 | 0.00 | 29.16 |
| | Prior year August interest - 2012 | 25.12 | 0.00 | 25.12 |
| | Prior year penalty - 2011 | 5.12 | 0.00 | 5.12 |
| | Prior year penalty - 2008 | 5.08 | 0.00 | 5.08 |
| | Prior year penalty - 2006 | 4.62 | 0.00 | 4.62 |
| | December interest - 2012 | 15.07 | 0.00 | 15.07 |
| | Prior year tax - 2004 | 26.92 | 0.00 | 26.92 |
| | Prior year interest - 2011 | 12.07 | 0.00 | 12.07 |
| | Prior year interest - 2008 | 9.78 | 0.00 | 9.78 |
| | Prior year tax - 2009 | 32.72 | 0.00 | 32.72 |
| | Prior year interest - 2005 | 0.52 | 0.00 | 0.52 |
| | Prior year penalty - 2010 | 5.12 | 0.00 | 5.12 |
| | Prior year penalty - 2007 | 4.65 | 0.00 | 4.65 |
| | Prior year penalty - 2005 | 4.53 | 0.00 | 4.53 |
| | Prior year tax - 2010 | 32.94 | 0.00 | 32.94 |
| | Prior year interest - 2010 | 26.41 | 0.00 | 26.41 |
| | Prior year interest - 2007 | 6.46 | 0.00 | 6.46 |
| | Prior year tax - 2011 | 32.94 | 0.00 | 32.94 |
| | Prior year tax - 2008 | 32.80 | 0.00 | 32.80 |
| | Prior year interest - 2006 | 2.60 | 0.00 | 2.60 |
| | DELQ BALANCE | 392.17 | 0.00 | 392.17 |
| | 1st half penalty | 1.56 | | 1.56 |
| | 1st half tax | 15.55 | 0.00 | 15.55 |
| | 1ST HALF BALANCE | 17.11 | 0.00 | 17.11 |

**EXHIBIT**

**I**

**PRIMARY OWNER** DEARING, DOMINICA D
**PROPERTY ADDRESS** 2120 Cottingham Dr, Lyndhurst, OH 44124
**TAX MAILING ADDRESS** CORELOGIC, 2500 WESTFIELD DR, ELGIN, IL 60124
**LEGAL DESCRIPTION** 3/30 GEORGETOWN OF LYNDHURST BL R12 2120
**PROPERTY CLASS** RESIDENTIAL CONDOMINIUM

Field Definitions

## 2012 (pay in 2013) TAXBILL SUMMARY

| PARCEL NUMBER | 714-25-941C | TAXSET | Lyndhurst | TAX YEAR | 2012 (pay in 2013) |
|---|---|---|---|---|---|

| ASSESSED VALUES | | MARKET VALUES | | FLAGS | |
|---|---|---|---|---|---|
| LAND VALUE | 2,700.00 | LAND VALUE | 7,700.00 | OWNER OCCUPANCY CREDIT | Y |
| BUILDING VALUE | 24,430.00 | BUILDING VALUE | 69,800.00 | HOMESTEAD | N |
| TOTAL VALUE | 27,130.00 | TOTAL VALUE | 77,500.00 | FORECLOSURE | N |
| HOMESTEAD VALUE | 0 | | | CERT. PEND. | N |
| | | | | CERT. SOLD | N |
| HALF YEAR CHARGE AMOUNTS | | RATES | | PAYMENT PLAN | N |
| GROSS TAX | 1,895.03 | FULL RATE | 139.7 | | |
| LESS 920 RED | 556.01 | 920 RED. RATE | .293404 | | |
| SUB TOTAL | 1,339.02 | EFFECTIVE RATE | 98.711397 | ESCROW | |
| NON-BUSINESS CREDIT | 133.90 | | | ESCROW | N |
| OWNER OCCUPANCY CREDIT | 33.48 | | | PMT. AMOUNT | 0.00 |
| HOMESTEAD RED. AMOUNT | 0.00 | | | ACCOUNT | |
| TOTAL ASSESSMENTS | 67.62 | | | | |
| HALF YEAR NET TAXES | 1,239.26 | | | | |

| | CHARGES | PAYMENTS | BALANCE DUE |
|---|---|---|---|
| TAX BALANCE SUMMARY: | 2,478.52 | 2,478.52 | 0.00 |

## 2012 (pay in 2013) CHARGE AND PAYMENT DETAIL

Tax Information is up to the hour - tell me more.

| TAXSET | CHARGE TYPE | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|
| Lyndhurst | 1st half tax | 1,171.64 | 1,171.64 | 0.00 |
| | 1ST HALF BALANCE | 1,171.64 | 1,171.64 | 0.00 |
| | 2nd half tax | 1,171.64 | 1,171.64 | 0.00 |
| | 2ND HALF BALANCE | 1,171.64 | 1,171.64 | 0.00 |
| M204558-Street Lites | 1st half SPA fee | 0.01 | 0.01 | 0.00 |
| | 1st half tax | 1.22 | 1.22 | 0.00 |
| | 1ST HALF BALANCE | 1.23 | 1.23 | 0.00 |
| | 2nd half tax | 1.22 | 1.22 | 0.00 |
| | 2nd half SPA fee | 0.01 | 0.01 | 0.00 |
| | 2ND HALF BALANCE | 1.23 | 1.23 | 0.00 |
| M264560-SHADE TREES | 1st half tax | 12.50 | 12.50 | 0.00 |
| | 1st half SPA fee | 0.13 | 0.13 | 0.00 |
| | 1ST HALF BALANCE | 12.63 | 12.63 | 0.00 |
| | 2nd half tax | 12.50 | 12.50 | 0.00 |
| | 2nd half SPA fee | 0.13 | 0.13 | 0.00 |
| | 2ND HALF BALANCE | 12.63 | 12.63 | 0.00 |
| M124561-SEWER MAINTENANCE | 1st half tax | 53.23 | 53.23 | 0.00 |
| | 1st half SPA fee | 0.53 | 0.53 | 0.00 |
| | 1ST HALF BALANCE | 53.76 | 53.76 | 0.00 |
| | 2nd half SPA fee | 0.53 | 0.53 | 0.00 |
| | 2nd half tax | 53.23 | 53.23 | 0.00 |
| | 2ND HALF BALANCE | 53.76 | 53.76 | 0.00 |
| TOTAL BALANCE | | 2,478.52 | 2,478.52 | 0.00 |

CUYAHOGA COUNTY ASSUMES NO LIABILITY FOR DAMAGES AS A RESULT OF ERRORS, OMISSIONS OR DISCREPANCIES CONTAINED IN THESE PAGES. PROSPECTIVE PURCHASERS SHOULD CONSULT A REAL ESTATE ATTORNEY AND PURCHASE A TITLE INSURANCE POLICY PRIOR