**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re:  Dominica D. Dearing, | ) | Case No. 17-10025-jps |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| | ) | Judge: Hon. Jessica E. Price-Smith |
| | ) | |
| | ) | **AMENDED NOTICE OF MOTION FOR** |
| | ) | **RELIEF FROM STAY** |
| | ) | **(2120 Cottingham Dr.** |
| | ) | **Lyndhurst, OH 44124)** |

Georgetown of Lyndhurst Condominiums Unit Owners' Association, Inc., has filed papers with the court to obtain relief from stay for the property located at 2120 Cottingham Dr., Lyndhurst, Ohio 44124.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

 File with the court a written request for a hearing, or if the court requires a written response, an answer, explaining your position on or before June 15, 2017, at: Clerk of Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Lindsey A. Wrubel, Esq.
Ott & Associates Co., LPA
1300 E. 9th St., Suite 1520
Cleveland, OH 44114

Lee. R. Kravitz, Esq.
Law Offices of Lee R. Kravitz
4508 State Rd.
Cleveland, OH 44109
*Attorney for Debtor*

John E. Codrea, Esq.
Manley Deas Kochalski
PO Box 165028
Columbus, OH 43216-5028
*Attorney for Creditor, Wells Fargo Bank, NA*

Craig H. Shopneck, Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Ch13shopneck@ch13cleve.com

A hearing at the Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114, will be scheduled at a later time.

Other steps required to oppose a motion or objection under local rule or court order.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

SUBMITTED BY:

        **Respectfully submitted,**

**By:** /s/ Lindsey A. Wrubel
    **AMANDA A. BARRETO (0084902)**
    **LINDSEY A. WRUBEL (0092993)**
    Ott & Associates Co., LPA
    1300 East 9th St., Suite 1520
    Cleveland, Ohio 44114
    lwrubel@ottesq.com
    (216) 771-2600 (Telephone)
    (216) 830-8939 (Facsimile)
    *Attorney for Movant, Georgetown of Lyndhurst Condominiums Unit Owners' Association, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 26th day of May, 2017, copies of this <u>Notice of Motion for Relief from the Automatic Stay and Hearing</u> was served by mailing the same by ordinary U.S. mail, postage prepaid or electronic mail, to the persons listed below:

Dominica Dearing
2120 Cottingham Dr.
Lyndhurst, OH 44124
*Debtor*

Lee. R. Kravitz, Esq.
Law Offices of Lee R. Kravitz
4508 State Rd.
Cleveland, OH 44109
leekravitz@sbcglobal.net
*Attorney for Debtor*

John E. Codrea, Esq.
Manley Deas Kochalski
PO Box 165028
Columbus, OH 43216-5028
jec@manleydeas.com
*Attorney for Creditor, Wells Fargo Bank, NA*

Craig H. Shopneck, Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Ch13shopneck@ch13cleve.com

                              /s/ Lindsey A. Wrubel
                              **LINDSEY A. WRUBEL (0092993)**