UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-10025 |
| | ) | |
| DOMINICA D. DEARING | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| | ) | JUDGE JESSICA E. PRICE SMITH |
| Debtor(s) | ) | |
| | ) | |
| | ) | <u>OBJECTION TO MOTION FOR RELIEF</u> |
| | ) | <u>FROM STAY (GEORGETOWN OF</u> |
| | ) | <u>LYNDHURST CONDOMINIUMS UNIT</u> |
| | ) | <u>OWNERS' ASSOCIATION, INC.)</u> |

    Now comes Dominica D. Dearing, Debtor, and hereby objects to the Motion for Relief from Stay of Georgetown of Lyndhurst Condominiums Unit Owners' Association, Inc. and, as grounds therefore, states that the Debtor has tendered or will tender all post-petition association fees and any required utility payments. The Debtor disputes the post-petition arrearage.

WHEREFORE, the Debtor prays that this Court enter an denying the Motion for Relief from Stay of Georgetown of Lyndhurst Condominiums Unit Owners' Association, Inc..

Respectfully submitted,
/s/Lee R. Kravitz
Lee R. Kravitz (Reg. #0025634)
Attorney for Debtor
4508 State Road
Cleveland, OH 44109
216-749-0808
Fax No. 216-749-5389
Email: leekravitz@sbcglobal.net

## CERTIFICATE OF SERVICE

I certify that on June 12, 2017, a true and correct copy of Debtor's Objection was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Craig Shopneck, Trustee
200 Public Square, Ste. 3860
Cleveland, OH 44114
(via ECF – ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqystems.com)

Lindsey A. Wrubel
Ott & Associates Co., LPA
1300 E. 9th Street, Ste. 1520
Cleveland, OH 44114
(via ECF)
***(Attorney for Georgetown of Lyndhurst Condominiums Unit Owners' Assoc., Inc.)***

/s/Lee R. Kravitz_____
Lee R. Kravitz
Attorney for Debtor(s)