Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 17−10025−jps**

**In re:**
    Dominica D. Dearing
    2120 Cottingham Drive
    Lyndhurst, OH 44124

**Social Security No.:**
    xxx−xx−8673

# NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
June 29, 2017 @9:30AM
in Courtroom 2B
Before Judge Jessica E. Price Smith

To consider and act upon the following matters:

Motion for Relief from Stay. Fee Amount $181, Filed by Creditor Georgetown of Lyndhurst Condominiums Unit Owners' Association, Inc.

Interested parties need to be present at hearing.

**Dated:** June 19, 2017                                        For the Court
Form ohnb187                                                 Teresa D. Underwood, Clerk