UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-10025 |
| | ) | |
| DOMINICA D. DEARING | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE JESSICA E. PRICE SMITH |
| Debtor(s) | ) | |
| | ) | |
| | ) | <u>REPLY TO THE BRIEF OF GEORGETOWN OF</u> |
| | ) | <u>LYNDHURST CONDOMINIUMS UNIT</u> |
| | ) | <u>OWNERS' ASSOCIATION, INC. (filed 07/27/17)</u> |
| | ) | |

Now comes Dominica D. Dearing, Debtor, and for her Response to the Brief of Georgetown of Lyndhurst Condominiums Unit Owners' Association, states that all post-petition condominium association fees are current. Furthermore, the utility bills have been paid. The only outstanding debt may be the attorney fee for which there has been no time sheet or justification provided to the Court or Debtor's counsel.

WHEREFORE, the Debtor prays that this Court enter an denying the Motion for Relief from Stay of Georgetown of Lyndhurst Condominiums Unit Owners' Association, Inc..

    Respectfully submitted,
    /s/Lee R. Kravitz
    Lee R. Kravitz (Reg. #0025634)
    Attorney for Debtor
    4508 State Road
    Cleveland, OH 44109
    216-749-0808
    Fax No. 216-749-5389
    Email: leekravitz@sbcglobal.net

## CERTIFICATE OF SERVICE

I certify that on August 3, 2017, a true and correct copy of Debtor's Response was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Craig Shopneck, Trustee
200 Public Square, Ste. 3860
Cleveland, OH 44114
(via ECF – ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqystems.com)

Lindsey A. Wrubel
Ott & Associates Co., LPA
1300 E. 9th Street, Ste. 1520
Cleveland, OH 44114
(via ECF)
***(Attorney for Georgetown of Lyndhurst Condominiums Unit Owners' Assoc., Inc.)***

    /s/Lee R. Kravitz_____
    Lee R. Kravitz
    Attorney for Debtor(s)