IT IS SO ORDERED.

Dated: 7 August, 2017 02:35 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-10025 |
| | ) | |
| DOMINICA D. DEARING | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE JESSICA E. PRICE SMITH |
| Debtor | ) | |
| | ) | ORDER GRANTING MOTION OF DEBTOR TO |
| | ) | RESCHEDULE CONFIRMATION HEARING |
| | ) | |
| | ) | |
| | ) | |

This cause came on for the Court's consideration upon the Motion of Dominica D. Dearing, Debtor, to reschedule her confirmation hearing and all other Motions and/or Objections to Confirmation now scheduled for August 10, 2017.

Upon a review of the pleadings, the Court finds the Motion to be well taken.

IT IS THEREFORE ORDERED that the Motion of Dominica D. Dearing, Debtor, to reschedule her confirmation hearing and any other Motions and/or Objections in her Chapter 13

proceeding is hereby granted and that all matters now scheduled for August 10, 2017 shall be rescheduled to August 31, 2017, at 9:30 a.m., Courtroom 2B, before the Honorable Jessica E. Price Smith, U.S. Bankruptcy Court, U.S. Courthouse – Howard Metzenbaum, 201 Superior Avenue, Cleveland, Ohio 44114.

###

Respectfully submitted,
/s/Lee R. Kravitz_____
Lee R. Kravitz (Reg. #0025634)
Attorney for Debtor(s)
4508 State Road
Cleveland, OH 44109
216-749-0808
Fax No. 216-749-5389
Email:  leekravitz@sbcglobal.net

PARTIES TO BE SERVED

Amanda A. Barreto, Esq.
Ott & Associates Co., LPA
1300 East 9th Street, Ste. 1520
Cleveland, OH 44114
(via regular U.S. mail)

Ashley E. Mueller, Esq.
4500 Courthouse Blvd., Ste. 400
Stow, OH 44224
(via regular U.S. mail)

Bank of New York Mellon Trust
Co., as Successor to JP Morgan
Chase Bank, NA as Trustee
1100 Virginia Drive, P.O. Box 8300
Fort Washington, PA 19034
(via regular U.S. mail)

Chrissy Dunn Dutton, Esq.
1700 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(via regular U.S. mail)

Craig Shopneck, Trustee
BP Tower
200 Public Square, Ste. 3860
Cleveland, OH 44114
(via ECF)

Cuyahoga County Treasurer
P.O. Box 94404
Cleveland, OH 44101-4404
(via regular U.S. mail)

Dominica D. Dearing
c/o Elizabeth Brown
3770 Sherwood Road
South Euclid, OH 44121
(via regular U.S. mail)

Georgetown of Lyndhurst
Condominiums Unit Owners Assoc.
c/o K&C Service Corp. as R/A
50 Public Square, Ste. 2000
Cleveland, OH 44113
(via regular U.S. mail)

Harris Trust and Savings Bank
Trustee for Cityscape Home Equity
Loan Series 1996-3
111 W. Monroe Street
Chicago, IL 60603
(via regular U.S. mail)

Lee R. Kravitz, Esq.
4508 State Road
Cleveland, OH 44109
(via ECF)

Mortgage Electronic Registration
Systems, Inc. as Nominee for Atlas
Capital Funding, Inc.
P.O. Box 2026
Flint, MI 48501
(via regular U.S. mail)

Ocwen Loan Servicing
P.O. Box 24738
West Palm Beach, FL 33416-4738
(via regular U.S. mail)

Sutton Place Condominium Assoc.
of Shaker Hts.
c/o Erika R. Finley, Esq.
50 Public Square, Ste. 2000
Cleveland, OH 44113
(via regular U.S. mail)

Wells Fargo Bank, N.A.
c/o John E. Codrea, Esq.
P.O. Box 165028
Columbus, OH 43216
(via regular U.S. mail)